No. 98–678. Los Angeles Police Department v. United Reporting Publishing Corp. C. A. 9th Cir. Certiorari granted. ▆▆▆▆▆▆▆▆▆▆▆

No. 98–963. Nixon, Attorney General of Missouri, et al. v. Shrink Missouri Government PAC et al. C. A. 8th Cir. Certiorari granted. ▆▆▆▆▆▆▆▆

No. 98–791. Kimel et al. v. Florida Board of Regents et al.; and
No. 98–796. United States v. Florida Board of Regents et al. C. A. 11th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 139 F. 3d 1426.

No. 98–492. Beverly Health & Rehabilitation Services, Inc., et al. v. Kobell et al. C. A. 3d Cir. Certiorari denied.

No. 98–655. Sands et al. v. Securities and Exchange Commission. C. A. 9th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 98–660. Marroquin et ux. v. United States. C. A. 5th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆

No. 98–722. Davis v. Zirkelbach et al. C. A. 7th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆

No. 98–774. Atlantic Lloyd's Insurance Company of Texas et al. v. Zurich Insurance Co. et al. C. A. 5th Cir. Certiorari denied. ▆▆▆▆▆▆▆

No. 98–832. Miller & Son Paving, Inc. v. Plumstead Township. Sup. Ct. Pa. Certiorari denied. ▆▆▆▆▆▆

No. 98–840. Heusser v. MLQ Investors, L. P. C. A. 9th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆